# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARR, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT SYSTEMS, <br><br> Defendant. | Case No.: 5:17-cv-02208-GW-GJS <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO ALLOW PLAINTIFF TO FILE A MOTION FOR ATTORNEYS' FEES BY DECEMBER 3, 2018** <br><br> **HON. GEORGE H. WU** |

Based upon the Joint Motion, and good cause, this Court hereby GRANTS the parties' Joint Motion and ORDERS as follows:

Plaintiff has leave to file a Motion for Attorneys Fees by December 3, 2018 in the event that a Judgment is entered prior to November 19, 2018.

IT IS SO ORDERED.

Dated: _____          _____
**HON. GEORGE H. WU**
UNITED STATES DISTRICT JUDGE

---

**PROPOSED ORDER**          1