Yana A. Hart Esq. (SBN: 306499)
yana@westcoastlitigation.com
HYDE & SWIGART, APC
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SUSAN MARR | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:17-CV-02208-GW-GJS |
| v. | |
| NATIONAL CREDIT SYSTEMS, INC. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

[PROPOSED] JUDGMENT

**Reason:**

☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Pursuant to Local Rule 5-4.4

January 22, 2019                         Yana A. Hart
Date                                     Attorney Name
                                         Susan Marr
                                         Party Represented

*Note:* *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)              NOTICE OF MANUAL FILING OR LODGING