# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARR, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT SYSTEMS, INC., <br><br> Defendant. | **Case No: EDCV 17-2208-GW-GJS** <br><br> **JUDGMENT** |

WHEREAS, on September 24, 2018 an Offer of Judgment was filed [Dkt 40].

WHEREAS, on September 24, 2018 an Acceptance of Offer of Judgment was filed [Dkt. 41].

WHEREAS, on September 26, 2018 a Notice of Settlement was filed [Dkt. 42].

WHEREAS, on December 3, 2018, Plaintiff Susan Marr filed a Motion for Attorneys' Fees [Dkt. 48],

WHEREAS, the Court awarded Plaintiff's counsel's attorneys fees in the

amount of $27,980.50 and $2,569.76 in costs [Dkt. 55];

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the judgment is entered in favor of Plaintiff and against Defendant as follows:

    a.    Plaintiff is awarded statutory damages totaling $2,000;

    b.    Plaintiff is awarded the costs of this suit in the amount of $2,569.76; and

    c.    Plaintiff is awarded attorneys' fees in the amount of $27,980.50.

IT IS SO ORDERED.

Dated: January 25, 2019

_____
HON. GEORGE H. WU
DISTRICT COURT JUDGE